AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| United States of America | ) | |
| v. | ) | Case No.  2:26-mj-00256-NJK |
| | ) | |
| WILLIAM LOUIS JOHNSON, III | ) | Charging District:   Southern District of West Virginia |
| *Defendant* | ) | Charging District's Case No.  3:25-cr-00154-7 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place:   Sidney L. Christie U.S. Courthouse and Federal Building 845 Fifth Avenue Huntington, WV 25701 | Courtroom No.:  AS ORDERED |
| | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        April 6, 2026

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_X_ FILED          ____ RECEIVED
___ ENTERED        ____ SERVED ON
      COUNSEL/PARTIES OF RECORD

        APR 06, 2026

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```